UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN COLE, | No. 2:24-cv-00792-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SHANNDAH BURKHOLDER, | (Doc. No. 7) |
| Defendant. | |

Plaintiff Meghan Cole is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2025, the magistrate judge filed findings and recommendations recommending this action be dismissed without prejudice for failure to prosecute and failure to comply with the court's orders. (Doc. No. 7.) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id.* at 3.) Plaintiff has not filed objections to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed on December 16, 2025 (Doc. No. 7) are ADOPTED in full;

2.  This action is dismissed without prejudice for failure to prosecute and failure to comply with court orders; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 24, 2026**

_____
Dena Coggins
United States District Judge

2